JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX LOUMENA et al., | ) Case No. CV 16-2032-PA (JPR) |
|            Plaintiffs, | ) |
| | ) **J U D G M E N T** |
|       v. | ) |
| | ) |
| TANI G. CANTIL-SAKAUYE et al., | ) |
| | ) |
|           Defendants. | ) |

Pursuant to the Order Dismissing Action with Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 8, 2016          _____

                                    PERCY ANDERSON
                                    U.S. DISTRICT JUDGE